# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Shenzhen Yihong Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Dbest Products, Inc. <br><br> *Defendant*. | **Case No. 24-cv-2043** <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Plaintiff Shenzhen Yihong Technology Co., Ltd. hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Dated: December 11, 2024

*/s/ Carl J. Marquardt*
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
Email: carl@cjmlawoffice.com

Glacier Law LLP
Tianyu Ju, Esq. (*pro hac vice pending*)
iris.ju@glacier.law
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (312) 448-7772

***Attorneys for Plaintiff***