AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-CV-02043-SKV**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **dbest products, Inc.**
was recieved by me on  **12/16/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **dbest products,Inc.**, who is designated by law to accept service of process on behalf of **dbest products, Inc.** at **16506 S AVALON BLVD, Carson, CA 90746 on 12/17/2024 at 10:16 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  12/17/2024

*Server's signature*

**Mariam Arsenyan**
*Printed name and title*

**444 Piedmont Ave
Apt 219A
Glendale, CA 91206**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to dbest products,Inc. who identified themselves as the employee with identity confirmed by subject stating their name. The individual tried to refuse service by refusing to take documents and did not state reason for refusal (documents left, seen by subject). The individual appeared to be a bald Hispanic male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0152407653**