1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Shenzhen Yihong Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> dbest products, Inc. <br><br> *Defendant*. | **Case No. 2:24-cv-02043** <br><br> **PLAINTIFF'S STATUS REPORT** |

## PLAINTIFF'S STATUS REPORT

Plaintiff Shenzhen Yihong Technology Co., Ltd. ("Plaintiff") by and through their undersigned counsel, states as follows:

1. On December 11, 2024, Plaintiff filed a Complaint in this matter against Defendant dbest products, Inc. ("Defendant"). Dkt. No. 1. The Complaint seeks a declaratory judgment of patent non-infringement of Plaintiff's stackable storage drawers, a declaratory judgment of invalidity of Defendant's U.S. Patent No. 12,103,576, and related relief arising from Defendant's actions. *Id.*

2. After being served on December 17, 2024, counsel for Defendant reached out to

-1-

Plaintiff's Status Report
2:24-cv-02043

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
(626) 663-1199

seek settlement.

3. Following Defendant's counsel's representation that the request to reinstate Plaintiff's ASINs has been submitted to Amazon, Plaintiff expects to reach a settlement agreement with Defendant in the coming weeks. Plaintiff will update the court in a timely manner.

Respectfully submitted,
Glacier Law LLP

Date: December 22, 2024

By: /s/ Tianyu Ju

Tianyu Ju, Esq. (Admitted *pro hac vice*)
iris.ju@glacier.law
251 South Lake Ave Suite 910
Pasadena, California 91101
Telephone: (626) 663-1199

LAW OFFICE OF CARL J. MARQUARDT PLLC
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
Email: carl@cjmlawoffice.com

***Attorneys for Plaintiff***

Plaintiff's Status Report
2:24-cv-02043

Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, California 91101
(626) 663-1199