# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHENZHEN YIHONG TECHNOLOGY CO LTD,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>DBEST PRODUCTS INC,<br><br>　　　　　　　　　Defendant(s). | CASE NO. 2:24−cv−02043−KKE<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Kymberly K. Evanson, United States District Judge. All future documents filed in this case must bear the cause number 2:24−cv−02043−KKE and bear the Judge's name in the upper right hand corner of the document.

DATED January 16, 2025

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:　/s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk