1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

SHENZHEN YIHONG TECHNOLOGY CO. LTD.,

9

Plaintiff(s),

10

v.

11

DBEST PRODUCTS INC.,

12

Defendant(s).

CASE NO. C24-02043-KKE

ORDER TO SHOW CAUSE

13    This matter comes before the Court on its own motion.  On May 29, 2025, the Court granted

14  Defendant's motion to dismiss and provided Plaintiff leave to amend its complaint.  Dkt. No. 38.

15  The Court directed Plaintiff to file its amended complaint, if any, within 14 days of the order.  *Id.*

16  at 13.  Plaintiff has not amended its complaint within the Court's allotted time.

17    Accordingly, Plaintiff is ORDERED to show cause no later than **July 21, 2025**, why this

18  case should not be dismissed for failure to prosecute.  If Plaintiff does not respond to this order,

19  the Court will dismiss the case without prejudice.

20

21    Dated this 7th day of July, 2025.

22

23

_____
Kymberly K. Evanson
United States District Judge

24

ORDER TO SHOW CAUSE - 1