UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHENZHEN YIHONG TECHNOLOGY CO. LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> DBEST PRODUCTS INC., <br><br> Defendant(s). | CASE NO. C24-02043-KKE <br><br> DISMISSAL ORDER |

On May 29, 2025, the Court granted Defendant's motion to dismiss and provided Plaintiff leave to amend its complaint. Dkt. No. 38 at 13. The Court directed Plaintiff to file its amended complaint, if any, within 14 days of the Court's order. *Id.* Because Plaintiff did not amend its complaint within the allotted time, the Court issued an order to show cause, requiring Plaintiff to explain why this case should not be dismissed for failure to prosecute. Dkt. No. 39. Plaintiff did not timely respond to the Court's order.

Accordingly, the Court DISMISSES this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). The Court directs the clerk to administratively close this case.

DISMISSAL ORDER - 1

Dated this 30th day of July, 2025.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 2